# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-2489
Lower Tribunal No. 06-22268
_____


**Pedro Ynigo,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Victoria Brennan and Nushin Sayfie, Judges.


Pedro Ynigo, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.


Before SUAREZ, C.J., and ROTHENBERG and SCALES, JJ.

PER CURIAM.

Appellant Pedro Ynigo seeks review of both: (i) a trial court order denying Ynigo's April 2016 petition to enforce the terms of a plea agreement; and (ii) a trial court order denying Ynigo's August 2016 motion for rehearing of that April 2016 order. We affirm the trial court's orders.

After filing his notice of appeal, Ynigo filed with this Court a document that he captioned "Writ for Appellate Review," challenging these same orders. We treat this petition for a writ as Ynigo's initial brief.

In sum, Ynigo argues that, after he accepted the 2013 plea agreement in case number F06-22268 – in which he agreed, among other things, to waive all credit for time served and serve sixty months in prison – the trial court erred by not giving him credit for time served. Ynigo's April 2016 petition marks at least the third time he has made this identical argument below. Each time, including this most recent time, the trial court has correctly denied the sought relief.

We affirm the orders on appeal, and write only to caution Ynigo that further attempts, either below or with this Court, to litigate this issue may result in the imposition of sanctions. Sanctions may include, but not necessarily be limited to, the entry of an order prohibiting Ynigo from further pro se filings in case number F06-22268.

Affirmed.